UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| EAGLE AVIATION, INC.,<br><br>            Plaintiff,<br><br>  vs.<br><br>CONTINENTAL WESTERN GROUP ON BEHALF OF CONTINENTAL WESTERN INSURANCE COMPANY, A W.R. BERKLEY COMPANY,<br><br>            Defendant. | CIV. 15-5046-JLV<br><br>JUDGMENT OF DISMISSAL |

      Pursuant to the parties' stipulated motion to dismiss (Docket 23), it is

      ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and with each party to bear its own costs and expenses.

      IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

      Dated September 20, 2016.

                      BY THE COURT:

                      /s/ *Jeffrey L. Viken*<br>
                      JEFFREY L. VIKEN<br>
                      CHIEF JUDGE